# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156240(51)

HOME-OWNERS INSURANCE COMPANY,
          Plaintiff-Appellee,
and

AUTO-OWNERS INSURANCE COMPANY,
          Plaintiff,

v

RICHARD JANKOWSKI and JANET
JANKOWSKI,
          Defendants-Appellants.

SC:  156240
COA:  331934
Ingham CC:  15-000025-CK

_____/

       On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their supplemental brief is GRANTED.  The supplemental brief will be accepted as timely filed if submitted on or before August 3, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2018



Clerk